[No. 9952–7–II.   Division Two.   January 11, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RICKY ALLEN CAYNOR, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 86–1–00006–1, Gary W. Velie, J., entered

May 16, 1986. *Affirmed* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ.